IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEP USA, a New York General Partnership, | No C 09-2608 VRW |
| Plaintiff, | ORDER |
| v | |
| ROSALINDA VASQUEZ, et al, | |
| Defendants. / | |

On June 11, 2009, plaintiff filed a complaint in this action for recovery of personal property, conversion and unlawful business practices. Doc #1. The parties now request that the court enter stipulated judgment against defendants. Doc #29. Having considered the matter, the court HEREBY GRANTS the parties' motion. Doc #29.

The clerk is DIRECTED to enter the attached form of judgment and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge