IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEP USA, a New York General Partnership,

        Plaintiff,

        v

ROSALINDA VASQUEZ, et al,

        Defendants.

No   C 09-2608 VRW

ORDER

        On June 11, 2009, plaintiff filed a complaint in this action for recovery of personal property, conversion and unlawful business practices.  Doc #1.  The parties now request that the court enter stipulated judgment against defendants.  Doc #29.  Having considered the matter, the court HEREBY GRANTS the parties' motion.  Doc #29.

        The clerk is DIRECTED to enter the attached form of judgment and close the file.

        IT IS SO ORDERED.

        VAUGHN R WALKER
        United States District Chief Judge