**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEP USA, a New York General Partnership, | No C 09-2608 VRW |
| Plaintiff, | JUDGMENT |
| v | |
| ROSALINDA VASQUEZ, et al, | |
| Defendants. | |

This action having come before the court and the court having considered the same and, on March 3, 2010, ordered entry of judgment in favor of plaintiff, Doc #60, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Defendants, together with each of their agents, heirs, personal representatives, employees, and anyone acting on their behalf are prohibited from taking any of the following actions:

(a) Selling CHEP Pallets;

(b) Destroying CHEP Pallets;

(c) Dismantling CHEP Pallets;

(d) Repairing CHEP Pallets;

(e) Repainting CHEP Pallets;

(f) Accumulating any quantity of CHEP Pallets in excess of 200 pallets, without first notifying CHEP

on at least a monthly basis and either returning CHEP
Pallets to CHEP's authorized service center, or
allowing CHEP to retrieve its pallets; or

(g)  Transferring possession of CHEP Pallets to any
third party.

(2)  Defendants, together with each of their agents,
heirs, personal representatives, employees, and anyone
acting on their behalf shall do the following:

(a)  Notify CHEP at least once per month of the
number of CHEP Pallets in their possession;

(b) Allow CHEP to retrieve all CHEP pallets in their
possession; and

(c)  Permit CHEP to enter their business premises
during normal business hours at reasonable intervals
to verify compliance with the Court's Permanent
Injunction.

Dated:

                          Cora Klein, Deputy Clerk
                          Chief Judge Vaughn R Walker