United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHEP USA, a New York General Partnership,<br><br>            Plaintiff,<br><br>    v<br><br>ROSALINDA VASQUEZ, et al,<br><br>            Defendants.<br>_____ / | No   C 09-2608 VRW<br><br>JUDGMENT |

This action having come before the court and the court having considered the same and, on March 3, 2010, ordered entry of judgment in favor of plaintiff, Doc #60, now therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

> (1) Defendants, together with each of their agents, heirs, personal representatives, employees, and anyone acting on their behalf are prohibited from taking any of the following actions:
>
>> (a) Selling CHEP Pallets;
>>
>> (b) Destroying CHEP Pallets;
>>
>> (c) Dismantling CHEP Pallets;
>>
>> (d) Repairing CHEP Pallets;
>>
>> (e) Repainting CHEP Pallets;
>>
>> (f) Accumulating any quantity of CHEP Pallets in excess of 200 pallets, without first notifying CHEP

        on at least a monthly basis and either returning CHEP Pallets to CHEP's authorized service center, or allowing CHEP to retrieve its pallets; or

      (g)  Transferring possession of CHEP Pallets to any third party.

  (2)  Defendants, together with each of their agents, heirs, personal representatives, employees, and anyone acting on their behalf shall do the following:

      (a)  Notify CHEP at least once per month of the number of CHEP Pallets in their possession;

      (b) Allow CHEP to retrieve all CHEP pallets in their possession; and

      (c)  Permit CHEP to enter their business premises during normal business hours at reasonable intervals to verify compliance with the Court's Permanent Injunction.

Dated: March 5, 2010

                                        /s/ Cora Klein
                                Cora Klein, Deputy Clerk
                                Chief Judge Vaughn R Walker